UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MOLLY MORRISON,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. C25-1433-SKV<br><br><br>[~~PROPOSED~~] ORDER |

Based on the parties' agreement and stipulation, Dkt. 25, and good cause shown, it is hereby ORDERED as follows:

1. Pursuant to sentence four of 42 U.S.C. § 405(g), the above-captioned case is reversed and remanded to the Defendant Commissioner of Social Security for further administrative proceedings and a new decision with respect to Plaintiff/Claimant Molly Morrison's applications for Disability Insurance Benefits and Supplemental Security Income under Titles II and XVI of the Social Security Act, respectively.

2. On remand, the administrative law judge (ALJ) should offer the Claimant the opportunity for a hearing, take further action to complete the administrative record, reassess the medical

Page 1        ORDER - [C25-1433-SKV]

opinions and prior administrative medical findings, resolve other issues as necessary, and issue a new decision.

3. Plaintiff shall be entitled to move for reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED this 25th day of February, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ *Lars J. Nelson*
LARS J. NELSON
Special Assistant United State Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Phone: (206) 615-3717
Fax: (833) 410-1627
Lars.Nelson@ssa.gov

Page 2   ORDER - [C25-1433-SKV]